IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00063-ZLW

EARL CROWNHART,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,
RICHARD T. GURLEY, and
CHRIS LaBONNIE

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2008

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On February 22, 2008, Plaintiff filed a Motion that the Court dismiss the instant action and vacate a motion for discovery filed on February 13, 2008. The February 22, 2008, Motion is DENIED as moot. The Court dismissed the action on February 21, 2008.

Dated: February 25, 2008

Copies of this Minute Order mailed on February 25, 2008, to the following:

Earl Crownhart
Reg. No. 113771
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

_____
Secretary/Deputy Clerk